Case: 4:17-cr-00519-RLW   Doc. #: 32   Filed: 04/18/18   Page: 1 of 3 PageID #: 63

4:17CR519-RLW

h. 4-11-18

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

To the Honorable Judge White

RECEIVED

APR 18 2018

BY ___

FILED
APR 18 2018
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
EASTERN DISTRICT OF MO
ST. LOUIS

I'm writing you to request if you would please, that you instruct the U.S. Marshalls to please relocate from Warren County Jail, to either Tenn. or for the following reasons. I'm 53 years and have been locked up for the past 6 months now. My attorney has informed me that it will be several more months until my trial. It's over 9½ hours out of the way for my wife and family to come visit me. My wife works Monday thru Friday 7AM to 3:00 pm, and lives in Atlanta Ga. Visitations here at this jail are only Monday - Friday, No weekend visit at all. Therefore, I am not able to see my family when she comes to town on the weekends.

There is no full time medical staff here, and with my health problems I need access to my inhaler 24/7 which I do not have here and that can be very dangerous. I have Bronchitis w/emphizima on top of having Copd, prostate problems and ulcers. I need access to my inhaler, when I ask for it, sometimes it takes them any where from an ½ hour, to hours are

the next day to bring me my inhaler. Medical
is not good here. This place is unsafe;
having 3 people in a 2 man cell with me
sleeping on the floor since I've been here, is
bad for my health.

Judge White, I know that
you are a very busy person, and I'm sorry
to have bothered you. But with my wife and
family having to come 9½ hours away to visit
only to find out that they could not on the
weekend, only on weekdays. Can you please
in some way have the U.S. Marshalls to
relocate me to Jennings Mo, as well as
for my medical reasons, this way I can
be closers and see my wife on weekends
and have my inhaler on my person and
get the medical attention I need.
If you would like to verify you may speak
with my wife. # 770-630-3496 Mrs Marie
Patrick.

And again, thank you for
taking the time out to consider my matter

Sincerely

Longo Patrick

Mr. Lonso Patrick # 2018-0458
104 W. Main ST
Warrenton. Mo 63383

Check out all the options on-line for
communication with the sender at:
www.InmateCanteen.com



U.S. POSTAGE >> PITNEY BOWES
ZIP 54022  $ 000.46⁰
02 1W
0001375949

WARREN CO. CORRECTIONS
104 W. MAIN STE A
WARRENTON, MO 63383

Legal Mail

RECEIVED

APR 18 2018

BY MAIL

To: Honorable Judge
R.L. White
U.S Federal Court House
111 South 10th ST.
ST. Louis Mo. 63102