IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:17-CR-519-RLW |
| LONZO PATRICK, | ) |
| Defendant. | ) |

**SECOND MOTION TO CONTINUE SENTENCING**

Mr. Lonzo Patrick, through his attorney, Assistant Federal Public Defender Melissa Goymerac, respectfully requests that this Court continue his sentencing hearing for 60 days from the currently scheduled date of March 11, 2020. In support of this motion counsel states:

1. Mr. Patrick is currently scheduled for a sentencing hearing on March 11, 2020;

2. Counsel for Mr. Patrick has been diligently preparing for sentencing, but requires more time to be effective;

3. The Government does not object to this request;

WHEREFORE, defendant requests this Court grant his request to continue his sentencing for 60 days, and reset the sentencing hearing on a date convenient for this Court thereafter.

Respectfully submitted,

/s/ Melissa K. Goymerac
MELISSA K. GOYMERAC
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255

Fax: (314) 421-3177
E-mail: Melissa_Goymerac@fd.org
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon John Bird, Assistant United States Attorney.

Respectfully submitted,

/s/ Melissa K. Goymerac
MELISSA K. GOYMERAC
Assistant Federal Public Defender