IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17-CR-519-RLW ) |
| LONZO PATRICK | ) ) |
| Defendant. | ) ) |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Mr. Lonzo Patrick, through his attorney Assistant Federal Public Defender Melissa Goymerac, respectfully requests leave of the court to file his Sentencing Memorandum under seal as it contains sensitive personal health data and other information which could compromise safety.

Respectfully submitted,

/s/*Melissa K. Goymerac*
MELISSA K. GOYMERAC, #83550VA
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Melissa_Goymerac@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2021, the foregoing was filed electronically with the Clerk of the Court, and a copy was provided via the court's electronic filing system to the United States Attorney.

/s/*Melissa K. Goymerac*
MELISSA K. GOYMERAC
Assistant Federal Public Defender