IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17-CR-519 RLW |
| | ) |
| LONZO PATRICK | ) |
| | ) |
|     Defendant. | ) |

**CERTIFICATION OF SERVICE**

Mr. Lonzo Patrick, through his attorney, Melissa Goymerac, Assistant Federal Public Defender, hereby certifies that his sealed sentencing memorandum (Doc #81) was served via email upon John Bird, Assistant United States Attorney the day it was filed.

Respectfully submitted,

/s/ Melissa K. Goymerac
MELISSA K. GOYMERAC
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Melissa_Goymerac@fd.org
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2021, the foregoing was filed electronically with the Clerk of the Court and sent via email to John Bird, Assistant United States Attorney.

Respectfully submitted,

/s/ Melissa K. Goymerac
MELISSA K. GOYMERAC
Assistant Federal Public Defender